Robert M. Kort, 016602
rkort@bhfs.com
Richard B. Benenson, CO 32566*
rbenenson@bhfs.com
*(*Admitted Pro Hac Vice)*
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
One East Washington Street
Suite 2400
Phoenix, AZ 85004
Telephone: 602.382.4040
Facsimile: 602.382.4020
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Darby Anderson, Individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Nelnet, Inc., Nelnet Diversified Solutions, LLC, Nelnet Servicing, LLC, Nelnet Loan Services, Inc.,<br><br>Defendants. | No. CV-13-02548-PHX-SRB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, by and through undersigned counsel, hereby stipulate and agree that this action may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 17th day of July 2014.

| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **LYNGKLIP & ASSOCIATES CONSUMER LAW CENTER, PLC** |
|---|---|
| By: *s/ Robert M. Kort*<br>Robert M. Kort<br>Richard B. Benenson<br>One East Washington Street<br>Suite 2400<br>Phoenix, AZ 85004<br>Attorneys for Defendants | By: *s/ Julie A. Petrik (with permission)*<br>Julie A. Petrik<br>Ian B. Lyngklip<br>24500 Northwestern Highway<br>Suite 206<br>Southfield, MI 48070<br>Attorneys for Plaintiffs |

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
One East Washington Street, Suite 2400
Phoenix, AZ 85004

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Veronika Fabian – Veronika@choiandfabian.com

Hyung S. Choi – Hyung@choiandfabian.com

Ian B. Lyngklip – Ian@MichiganConsumerLaw.com

Julie A. Petrik – Julie@MichiganConsumerLaw.com

I hereby certify that a copy of the attached document was mailed to:

Honorable Susan R. Bolton
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, Arizona 85003-2153

By  *s/ Donna Razo*

11448263.1