**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Darby Anderson, Individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Nelnet, Inc., Nelnet Diversified Solutions, LLC, Nelnet Servicing, LLC, Nelnet Loan Services, Inc.,<br><br>Defendants. | No. CV-13-02548-PHX-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice and good cause appearing,

IT IS HEREBY ORDERED dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 18th day of July, 2014.

_____
Susan R. Bolton
United States District Judge